*Capitol Records, Inc. v. City Hall Records, Inc. and Robin Cohn,*
*07 - 6488*

## EXHIBIT A

| Artist | Album Title | Manufacturer |
|---|---|---|
| Lester Young | The Lester Young Story | Proper |
| Fats Navarro | The Fats Navarro Story | Proper |
| Stan Kenton | The Stan Kenton Story | Proper |
| Woody Herman | The Woody Herman Story | Proper |
| Coleman Hawkins | The BeBop Years | Proper |
| Dexter Gordon | Settin' the Pace | Proper |
| Miles Davis | Young Miles | Proper |
| Sidney Bechet | The Sidney Bechet Story | Proper |
| Anita O'Day | Young Anita | Proper |
| Bud Powell | Tempus Fugue-It | Proper |
| Ben Webster | Big Ben | Proper |
| Illinois Jacquet | The Illinois Jacquet Story | Proper |
| June Christy | Cool Christy | Proper |
| Thelonious Monk | Criss Cross | Proper |
| Frank Sinatra | Young at Heart | Proper |
| Nat King Cole | Here's to My Lady | Memoir |
| Landslide | Two Sided Fantasy | Akarma |
| Les Paul | Isle of Golden Dreams | Universe - Italy |
| Compilation | Hittin' On All Six – A History Of Jazz Guitar | Proper |
| Yma Sumac | Voice of Xtaby | Universe - Italy |
| Yma Sumac | Inca Taqi | Universe - Italy |
| Yma Sumac | Mambo! | Universe - Italy |
| Les Baxter & His Orchestra | Ritual of the Savage | Universe - Italy |
| James Talley | Got No Bread, No Milk, No Money, But We Sure Got A Lot of Love | Cimarron |
| Merle Travis | Back Home | Longhorn |
| Joe Maphis, Rose Lee | With the Blue Ridge Mountain Boys | Longhorn |
| Husky Ferlin | Walkin' and Hummin' | Longhorn |

| Artist | Album Title | Manufacturer |
|---|---|---|
| The Fortunes | Very Best of The Fortunes, 1967 - 1972 | Taragon |
| Jo Stafford | Music of My Life | Corinthian |
| Compilation | BeBop Spoken Here | Proper |
| Compilation | The Engine Room – A History Of Jazz Drumming | Proper |
| Nat King Cole | 1947-1949 | Classics (France) |
| Thelonious Monk | 1947-1978 | Classics (France) |
| Fats Domino | 1949-1951 | Classics (R&B) |
| Lightnin Hopkins | 1946-1948 | Classics (R&B) |
| Tommy Sands | Sands Storm | Jasmine |