UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation,   :
                                                           :    ECF Case
                         Plaintiff,    :    07-cv-6488
                                                           :
          - v -                           :    **Rule 7.1 Statement**
                                                           :
CITY HALL RECORDS, INC., a California corporation :
and ROBIN COHN, individually,   :
                                                           :
                       Defendants.    :
------------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capitol Records, Inc. (a non-governmental party) certifies that the parent company of Capitol Records, Inc. is EMI Group, PLC, a publicly traded company in the United Kingdom.

Dated: New York, New York
       July 16, 2007

                                                    CAPITOL RECORDS, INC.

                                                    By: /s/_____
                                                        Matthew J. Oppenheim (MO1313)
                                                        Oppenheim Group
                                                        Attorney for Plaintiff

                                                        7304 River Falls Drive
                                                        Potomac, MD  20854
                                                        301-299-4986
                                                        866-766-1678 (fax)

- 2 -

matt@oppenheimgroup.net