UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CAPITOL RECORDS, INC.
vs.
Defendant
CITY HALL RECORDS, INC. AND ROBIN COHN

Case No.: 07 CV 6488
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _8-17-07_

I, Matthew Anderson, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 20 2007 12:03PM, I executed service of SUMMONS AND COMPLAINT; EXHIBIT A; RULE 7.1 STATEMENT on CITY HALL RECORDS, INC. at CITY HALL RECORDS, 101 GLACIER Point SUITE C, SAN RAFAEL, Marin County, CA 94901

By Personal Service to: Grace Cohn, SECRETARY OF THE CORPORATION, A white female approx. 55-65 years of age 5'4"-5'6" in height weighing 120-140 lbs, light brown/gray hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Aug 20, 2007
Matthew Anderson, Reg. # 97, Marin, CA

State of California County of _San Francisco_
Subscribed and sworn to before me, a notary public on Aug 20, 2007

_____
Notary Public

ID: 4893428
Client Reference:

P. REBECCA ROSALES
COMM. # 1587148
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMMISSION EXPIRES
JUNE 13, 2009

PFI Order No. 4893428