UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff<br>CAPITOL RECORDS, INC.<br>vs.<br>Defendant<br>CITY HALL RECORDS, INC. AND ROBIN COHN | Case No.: 07 CV 6488<br>Hearing Date:<br>Attorney of Record: |

### AFFIDAVIT OF SERVICE

Received this on  8-17-07

I, Matthew Anderson, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Aug 27 2007 12:05PM, I executed service of SUMMONS AND COMPLAINT; EXHIBIT A; RULE 7.1 STATEMENT on ROBIN COHN at CITY HALL RECORDS, 101 GLACIER Point, SAN RAFAEL, CA 94901

By Substituted Service to: Grace Cohn, Secretary of the Corporation, A white female approx. 55-65 years of age 5'4"-5'6" in height weighing 120-140 lbs. light brown/gray hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Aug 30, 2007

Matthew Anderson, Reg. # 97, Marin, CA

State of California County of San Francisco
Subscribed and sworn to before me, a notary public on Aug 30, 2007

Notary Public

ID: 4893427
Client Reference:





PFI Order No. 4893427

