# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

JOANNE J. ROMERO
DIRECT DIAL: 212.232.1331
E-MAIL: romero@lbbslaw.com

December 5, 2007

FILE NO.
27350-95

**VIA FACSIMILE: (212) 805-0426**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax such] certification to Chambers.

Re:   *Capitol Records, Inc. v. City Hall Records, Inc. and Robin Cohn*,
      Civil Action No. 07-CV-6488 (LTS)(KNF)

Dear Judge Swain:

As you may recall, this firm represents City Hall Records, Inc. ("City Hall") and Robin Cohn ("Cohn") (collectively, the "Defendants") as local counsel in the action styled *Capitol Records, Inc. v. City Hall Records, Inc. and Robin Cohn*, Civil Action No. 07-CV-6488 (LTS)(KNF) (the "Action"). Pursuant to Your Honor's Individual Practices, we write on behalf of Defendants to respectfully request an extension of the time to file an answer or otherwise respond to the complaint to **January 2, 2008** so that the parties may focus their energies on continued settlement efforts.

As currently scheduled, Defendants must answer or otherwise respond to the complaint on or by December 10, 2007. This is the second request to Your Honor for such an extension of the time to answer or otherwise respond to the complaint. An original request for an extension of time made by letter dated November 9, 2007 was granted by Your Honor. Plaintiff has consented to the current request for an extension of the time to file an answer or otherwise respond to the complaint.

Accordingly, on behalf of Defendants, we respectfully request that Your Honor so-order the extension of the time to file an answer or otherwise respond to the complaint to **January 2, 2008**.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Hon. Laura Taylor Swain
December 5, 2007

Page 2

On behalf of Defendants, we reserve the right to rely upon any defense as set forth in Rule 12(b) of the Federal Rules of Civil Procedure, and nothing stated herein shall constitute waiver of any such defense.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Joanne J. Romero for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Michael F. Kelleher
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
*Attorneys for Defendants*

Matthew Jan Oppenheim
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
*Attorneys for Plaintiff*

The request is granted.

SO ORDERED.

12/6/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,   )
                                                  )   ECF Case
                         Plaintiff,               )   07-cv-6488 (LTS) (KNF)
                                                  )
            - v -                                 )   **CERTIFICATE OF**
                                                  )   **SERVICE**
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN,                                   )
                                                  )
                         Defendants.              )
------------------------------------------------------------------- X

    I, Joanne J. Romero, certify that I e-mailed on the 7th day of December, 2007, and faxed on the 10th day of December, 2007, a true and correct copy of the foregoing Endorsed Memo to the following:

> **Michael P. Kelleher**
> **Folger Levin & Kahn, LLP**
> **275 Battery Street, 23rd Floor**
> **San Francisco, CA 94111**
> **Fax: (415) 986-2827**
> **E-mail: mkelleher@flk.com**
> *Attorneys for Defendants*
>
> **Matthew Jan Oppenheim**
> **Oppenheim Group**
> **7304 River Falls Drive**
> **Potomac, MD 20854**
> **E-mail: matt@oppenheimgroup.net**
> **Fax: (866) 766-1678**
> *Attorneys for Plaintiff*

DATED this 10th day of December, 2007.

                                                     /s/ Joanne J. Romero
                                                   Joanne J. Romero (JR 0275)
                                                   LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                   199 Water Street, 25th Floor
                                                   New York, New York 10038
                                                   (212) 232-1300

4838-9876-2242.1