# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

**JOANNE J. ROMERO**
DIRECT DIAL: 212.232.1331
E-MAIL: romero@lbbslaw.com

December 21, 2007

FILE NO.
27350-95

**VIA FACSIMILE**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 2 2008

Re: *Capitol Records, Inc. v. City Hall Records, Inc. and Robin Cohn*,
Civil Action No. 07-CV-6488 (LTS)(KNF)

Dear Judge Swain:

We represent City Hall Records, Inc. ("City Hall") and Robin Cohn ("Cohn") (collectively, the "Defendants") as local counsel in the action styled *Capitol Records, Inc. v. City Hall Records, Inc. and Robin Cohn*, Civil Action No. 07-CV-6488 (LTS)(KNF) (the "Action"). Pursuant to Your Honor's Individual Practices, we write on behalf of Defendants to respectfully request an extension of the time to file an answer or otherwise respond to the complaint to January 9, 2008.

Plaintiff consents to the current request for extension of the time to file an answer or otherwise respond to the complaint until January 9, 2008 (the time to file an answer or otherwise respond to the complaint is currently scheduled for January 2, 2008). This is the third request to Your Honor for an extension of the time to file an answer or otherwise respond to the complaint. As the parties continue to explore settlement, the parties have agreed to extend Defendants' time to answer or otherwise respond to the complaint.

Accordingly, on behalf of Defendants, we respectfully request that Your Honor so-order the extension of the time to file an answer or otherwise respond to the complaint.

On behalf of Defendants, we reserve the right to rely upon any defense as set forth in Rule 12(b) of the Federal Rules of Civil Procedure, and nothing stated herein shall constitute waiver of any such defense.

Copies mailed/faxed to Deft's Counsel.
Chambers of Judge Swain  12-26-07

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

LEWIS BRISBOIS BISGAARD & SMITH LLP

Hon. Laura Taylor Swain
December 21, 2007

Page 2

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Joanne Romero*

Joanne J. Romero for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:   VIA FACISMILE

Michael F. Kelleher
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
*Attorneys for Defendants*

Matthew Jan Oppenheim
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
*Attorneys for Plaintiff*

The request is granted.

SO ORDERED.

12/21/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE