UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

CAPITOL RECORDS, INC., a Delaware corporation,                )
                                                             )
                                                             )    ECF Case
                                    Plaintiff,                )    07-cv-6488 (LTS) (KNF)
                                                             )
                        - v -                                 )    **NOTICE OF**
                                                             )    **APPEARANCE**
CITY HALL RECORDS, INC., a California corporation            )
and ROBIN COHN,                                              )
                                                             )
                                                             )
                                    Defendants.               )
-------------------------------------------------------------------- X

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for the Defendants, CITY HALL

RECORDS, INC., a California corporation and ROBIN COHN.

        I certify that I am admitted to practice in this court.

Dated: New York, New York
      Januaray 9, 2008

                                        _/s/_
                             Jura C. Zibas (JZ 8970)
                             LEWIS BRISBOIS BISGAARD & SMITH, LLP
                             199 Water Street, 25th Floor
                             New York, New York 10038
                             T (212) 232-1300

                             *Attorneys for Defendants*
                             CITY HALL RECORDS, INC., a California
                             corporation and ROBIN COHN, individually