UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation, )
) ECF Case
Plaintiff, ) 07-cv-6488 (LTS) (KNF)
)
- v - ) **NOTICE OF**
) **APPEARANCE**
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN, )
)
Defendants. )
------------------------------------------------------------------ X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Defendants, CITY HALL RECORDS, INC., a California corporation and ROBIN COHN.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 9, 2008

                        /s/
                    Joanne J. Romero (JR 0275)
                    LEWIS BRISBOIS BISGAARD & SMITH, LLP
                    199 Water Street, 25th Floor
                    New York, New York 10038
                    T (212) 232-1300

                    *Attorneys for Defendants*
                    CITY HALL RECORDS, INC., a California
                    corporation and ROBIN COHN, individually