UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation, )
                                                                                          ) ECF Case
                      Plaintiff, ) 07-cv-6488 (LTS) (KNF)
)
               - v - ) **RULE 7.1 CORPORATE**
) **DISCLOSURE**
CITY HALL RECORDS, INC., a California ) **STATEMENT**
corporation and ROBIN COHN, )
)
                  Defendants. )
)
----------------------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants CITY HALL RECORDS, INC., a California corporation and ROBIN COHN certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      1)    None.

Dated: New York, New York
       January 9, 2008

                                             LEWIS BRISBOIS BISGAARD & SMITH LLP
                                             **ATTORNEYS FOR CITY HALL RECORDS,**
                                             **INC., a California corporation and ROBIN**
                                             **COHN**
                                             199 Water Street, 25th Floor
                                             New York, New York 10038
                                             Tel.: (212) 232-1300
                                             Fax.: (212) 232-1399
                                             romero@lbbslaw.com
                                             zibas@lbbslaw.com

                                             By: _____/s/_____
                                                    Joanne Romero (JR 0275)
                                                    Jura Zibas (JZ 8970)

4831-0493-1842.1