UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation, ) ECF Case
) 07-cv-6488 (LTS) (KNF)
                Plaintiff, )
    - v - ) **CONSENT MOTION TO**
) **ADMIT PRO HAC VICE**
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN, )
                Defendants. )
------------------------------------------------------------------- X

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Joanne J. Romero, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Kevin P. O'Brien, Folger Levin & Kahn LLP, 275 Battery Street, 23rd Floor, San Francisco, California 94111, Tel. 415-365-7813, Email: kobrien@flk.com in the above captioned matter.

    Kevin P. O'Brien, is a member of good standing of the Bar of the State of California, and the Bar of the United States District Court for the Northern District of California; and there are no pending disciplinary proceedings against him.

    I have contacted counsel of record for Plaintiff who has consented to this Motion.

Dated: New York, New York
       February 12, 2008

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____
Joanne J. Romero (JR 0275)
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300
*Attorneys for Defendants*

Sworn to before me this
12th day of February, 2008

_____
Notary Public

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20__

4820-2286-6946.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation,   )
                                                                   )   ECF Case
                       Plaintiff,   )   07-cv-6488 (LTS) (KNF)
                                                              )
                    - v -   )   **AFFIDAVIT OF**
                                                               )   **JOANNE J. ROMERO**
CITY HALL RECORDS, INC., a California corporation   )   **IN SUPPORT OF**
and ROBIN COHN,   )   **MOTION TO ADMIT**
                                                               )   **COUNSEL PRO HAC**
                    Defendants.   )   **VICE**
------------------------------------------------------------------ X

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NEW YORK )

       Joanne J. Romero, Esq., being duly sworn, hereby deposes and says as follows:

       1.     I am an associate of Lewis Brisbois Bisgaard & Smith LLP, local counsel for Defendants City Hall Records, Inc., a California corporation, and Robin Cohn, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Kevin P. O'Brien as counsel pro hac vice to represent Defendants in this matter.

       2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law on May 23, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York since September 21, 2004 and am in good standing with this Court.

       3.     Mr. O'Brien is associated with Folger Levin & Cohn LLP, 275 Battery Street, 23rd Floor, San Francisco, California 94111.

4817-8831-3602.1

4.  He is a 2001 graduate of Hastings College of the Law, and a 1994 graduate of San Francisco State University. Mr. O'Brien is a member in good standing of the Bar of the State of California and the Bar of the United States District Court for the Northern District of California. Copies of Mr. O'Brien's certificates of good standing are attached.

5.  I have found Mr. O'Brien to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Kevin P. O'Brien, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Kevin P. O'Brien, pro hac vice.

WHEREFORE it is respectfully requested that the motion on consent to admit Kevin P. O'Brien pro hac vice to represent Defendants in the above captioned matter, be granted.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Joanne J. Romero (JR 0275)
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-1300

*Attorneys for Defendants*
*City Hall Records, Inc., a California corporation*
*and Robin Cohn*

Sworn to before me this
12th day of February, 2008

_____
Notary Public

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20 __

4817-8831-3602.1                                -2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation,   ) ECF Case
                                                                              ) 07-cv-6488 (LTS) (KNF)
                         Plaintiff,   )
                                      ) **ORDER FOR ADMISSION**
          - v -                     ) **PRO HAC VICE ON**
                                      ) **WRITTEN MOTION TO**
CITY HALL RECORDS, INC., a California corporation ) **ADMIT COUNSEL PRO**
and ROBIN COHN,   ) **HACE VICE**
                                      )
                       Defendants.   )
------------------------------------------------------------------ X

Upon the consent motion of Joanne J. Romero, attorney for Defendants City Hall Records, Inc., a California corporation, and Robin Cohn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT: Kevin P. O'Brien, Folger Levin & Kahn LLP, 275 Battery Street, 23rd Floor, San Francisco, California 94111, Email: kobrien@flp.com is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       February _____, 2008

                                          So Ordered:

                                          _____
                                          Hon. Laura Taylor Swain, U.S.D.J.

4849-7565-6962.1

# Certificate of Good Standing

United States of District Court ) 
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *Kevin P. O'Brien, Bar No. 215148* was duly admitted to practice in said Court on *December 3, 2001*, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *January 25, 2008*

Richard W. Wieking
Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 14, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN PATRICK O'BRIEN, #215148 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Joanne Romero, certify that on the 12th day of February, 2008, copies of the foregoing MOTION TO ADMIT PRO HAC VICE were served via facsimile and first class mail upon the persons and parties listed below:

>Michael F. Kelleher
>Folger Levin & Kahn LLP
>275 Battery Street, 23rd Floor
>San Francisco, CA 94111
>Fax: (415) 986-2827
>*Attorneys for Defendants*

>Matthew Jan Oppenheim
>Oppenheim Group
>7304 River Falls Drive
>Potomac, MD 20854
>Fax: (866) 766-1678
>*Attorneys for Plaintiff*

Dated this 12th day of February, 2008

>*[signature]*
>Joanne J. Romero (JR 0275)
>LEWIS BRISBOIS BISGAARD & SMITH
>199 Water Street, 25th Floor
>New York, New York 10038
>(212) 232-1300

4816-1890-7138.1