UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,   )   ECF Case
  )   07-cv-6488 (LTS) (KNF)
               Plaintiff,   )
  )   **ORDER FOR ADMISSION**
     - v -   )   **PRO HAC VICE ON**
  )   **WRITTEN MOTION TO**
CITY HALL RECORDS, INC., a California corporation   )   **ADMIT COUNSEL PRO**
and ROBIN COHN,   )   **HACE VICE**
  )
               Defendants.   )
-------------------------------------------------------------------- X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: FEB 1 8 2008*

Upon the consent motion of Joanne J. Romero, attorney for Defendants City Hall Records, Inc., a California corporation and Robin Cohn, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT: Michael F. Kelleher, Folger Levin & Kahn LLP, 275 Battery Street, 23rd Floor, San Francisco, California 94111, Email: mkelleher@flk.com is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       February 15, 2008

                                            So Ordered:

                                            _____
                                            Hon. Laura Taylor Swain, U.S.D.J.

4851-9349-7602.1