UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,      )   ECF Case
                                                    )   07-cv-6488 (LTS) (KNF)
                               Plaintiff,           )
                                                    )
            - v -                                   )   **MOTION TO WITHDRAW**
                                                    )   **AS COUNSEL**
CITY HALL RECORDS, INC., a California corporation   )
and ROBIN COHN,                                     )
                                                    )
                               Defendants.          )
---------------------------------------------------------------- X

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, I, Michael Kelleher, hereby move for an Order granting Folger Levin & Kahn LLP leave to withdraw as counsel for Defendants City Hall Records, Inc. and Robin Cohn in the above captioned matter.

Dated: New York, New York
       March 6, 2008

                                            **FOLGER LEVIN & KAHN LLP**

                                            _/s/ Michael Kelleher_
                                            Michael Kelleher
                                            275 Battery Street
                                            23rd Floor
                                            San Francisco, California 94111
                                            Tel. 415-365-7813

Sworn to before me this
____ day of March, 2008

_____
Notary Public

4831-9695-1298.1

## JURAT

STATE OF CALIFORNIA          )
COUNTY OF SAN FRANCISCO      )

Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2008, by Michael F. Kelleher, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(seal)                                Notary Public:



                                      _____
                                      Catherine Rogers

### Description of Attached Document

Title or Type of Document:    Motion to Withdraw as Counsel

Document Date:    Thursday, March 06, 2008           No. of Pages:    1

35004\0868\313890.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,       )
                                                     )
                                    Plaintiff,       )   ECF Case
                                                     )   07-cv-6488 (LTS) (KNF)
                                                     )
            - v -                                    )   **Local Rule 1.4 AFFIDAVIT**
                                                     )
CITY HALL RECORDS, INC., a California corporation    )
and ROBIN COHN,                                      )
                                                     )
                                    Defendants.      )
-------------------------------------------------------------- X

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF San Francisco    )

Michael Kelleher, being duly sworn, deposes and says:

1. I am a partner in the law firm of Folger Levin & Kahn LLP, outgoing counsel for defendants City Hall Records, Inc., and Robin Cohn, and I make this affidavit pursuant to Local Civil Rule 1.4 on behalf of my law firm for permission to withdraw as counsel in this action.

2. The reason my firm seeks to withdraw as counsel is because City Hall Records, Inc., and Robin Cohn have chosen to consolidate the defense of this action with the firm of Lewis Brisbois Bisgaard & Smith, LLP, presently local counsel of record for City Hall Records, Inc. and Robin Cohn, particularly as the matter is being litigated in New York, where Lewis Brisbois & Bisgaard, LLP has offices.

3. Lewis Brisbois Bisgaard & Smith, LLP, will continue to represent defendants City Hall Records, Inc. and Robin Cohn in this action and will continue to be attorneys of record.

4. Upon information and belief, no prejudice or delay will result from my firm's withdrawal as counsel.

**WHEREFORE**, it is respectfully requested that the Court grant the withdrawal of Folger Levin & Kahn LLP, as attorney of record, for defendants City Hall Records, Inc. and Robin Cohn.

Dated: New York, New York
       March 6, 2008

_____
Michael Kelleher

Sworn to before me this 6th day
of March, 2008.

_____
Notary Public

**JURAT**

STATE OF CALIFORNIA        )
COUNTY OF SAN FRANCISCO    )

Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2008, by Michael F. Kelleher, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(seal)                                                 Notary Public:

CATHERINE ROGERS
Commission # 1715554
Notary Public - California
San Francisco County
My Comm. Expires Feb 6, 2011

Catherine Rogers

Description of Attached Document

Title or Type of Document:     Local Rule 1.4 Affidavit

Document Date:     Thursday, March 06, 2008                    No. of Pages:     2

35004\0868\313890.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation, )
                                                )   ECF Case
                       Plaintiff, )   07-cv-6488 (LTS) (KNF)
                                                )
                 - v - )   **CONSENT TO**
                                                )   **WITHDRAW AS**
CITY HALL RECORDS, INC., a California corporation )   **COUNSEL**
and ROBIN COHN, )
                                                )
                       Defendants. )
------------------------------------------------------------- X

      **IT IS HEREBY CONSENTED** that Folger Levin & Kahn LLP, withdraw as attorneys of record for Defendants City Hall Records, Inc. and Robin Cohn. Jura C. Zibas and Joanne J. Romero of Lewis Brisbois Bisgaard & Smith LLP, will remain as counsel of record.

      Facsimile signatures shall be deemed originals for purposes of this Consent, and the parties agree that the Consent may be filed with the Court with such facsimile signatures.

                                                  Respectfully submitted,

                                                **FOLGER LEVIN & KAHN LLP**

                                                _____
                                                Michael Kelleher

                                                _____
                                                Kevin O'Brien

Defendants City Hall Records, Inc. and Robin Cohn consent to this withdrawal.

_____
Robin Cohn


CITY HALL RECORDS, INC.

By: _____
Robin Cohn, President

Its: _____

STATE OF CALIFORNIA )
COUNTY OF Marin )ss.:

On the _07_ day of March, 2008, before me personally came Robin Cohn, to me known to be the same person described in and who executed for the foregoing consent and acknowledged to me that (s)he executed the same.

ALI NABIPOUR
COMM. #1612607
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires November 11, 2009

_____
Notary Public

4831-9695-1298.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,        ) ECF Case
                                                      ) 07-cv-6488 (LTS) (KNF)
                        Plaintiff,                    )
                                                      )
                                                      )     **ORDER**
        - v -                                         )
                                                      )
CITY HALL RECORDS, INC., a California corporation     )
and ROBIN COHN,                                       )
                                                      )
                                                      )
                        Defendants.                   )
------------------------------------------------------------- X

Upon the motion by Michael Kelleher of Folger Levin & Kahn LLP seeking leave for Folger Levin & Kahn LLP to withdraw as counsel and upon the supporting affidavit and consent to withdraw as counsel;

IT IS HEREBY ORDERED THAT: Folger Levin & Kahn LLP is granted leave to withdraw as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York.

Dated: New York, New York
       March ___, 2008

                                        So Ordered:

                                        _____
                                        Hon. Laura Taylor Swain, U.S.D.J.