File No. 27350-95 Capitol Records, Inc. v. City Hall Records, Inc., United States District Court, Southern District of New York Case No. 07 CV 6488 (LTS) (KNF)

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL (FEDERAL EXPERSS)

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK )

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 7th day of March, 2008, I served a true copy of the annexed **MOTION TO WITHDRAW AS COUNSEL** upon the following:

> **Matthew J. Oppenheim**
> **Oppenheim Group**
> **Attorney for Plaintiff**
> **7304 River Falls Drive**
> **Potomac, MD 20854**
> **Tel. (301) 299-4986**
> **Fax (866) 766-1678**

by depositing same enclosed in a federal express envelope and dropped off at a Federal Express location within the State of New York.

_____
Nancy Rivera

Sworn to before me this
7th day of March, 2008

_____
Notary Public

DANIELLE SHAW
NOTARY PUBLIC, State of New York
No. 01SH6151041
Qualified in Kings County
Commission Expires 8/7/2010

4844-5635-2770.1

- 1 -