UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation, ) ECF Case
) 07-cv-6488 (LTS) (KNF)
                Plaintiff, )
      - v - ) **MOTION TO WITHDRAW**
) **AS COUNSEL**
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN, )
                Defendants. )
------------------------------------------------------------- X

     PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, I, Michael Kelleher, hereby move for an Order granting Folger Levin & Kahn LLP leave to withdraw as counsel for Defendants City Hall Records, Inc. and Robin Cohn in the above captioned matter.

Dated: New York, New York
       March ___, 2008

                                             **FOLGER LEVIN & KAHN LLP**

                                             _/s/ Michael Kelleher_
                                             Michael Kelleher
                                             275 Battery Street
                                             23rd Floor
                                             San Francisco, California 94111
                                             Tel. 415-365-7813

Sworn to before me this
___ day of March, 2008

_/s/_
Notary Public

4831-9695-1298.1

# JURAT

STATE OF CALIFORNIA        )
COUNTY OF SAN FRANCISCO    )

Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2008, by Michael F. Kelleher, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(seal)                                                      Notary Public:



_____
Catherine Rogers

### Description of Attached Document

Title or Type of Document:    Motion to Withdraw as Counsel

Document Date:    Thursday, March 06, 2008        No. of Pages:    1

35004\0868\313890.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation, )
                                                              ) ECF Case
                        Plaintiff, ) 07-cv-6488 (LTS) (KNF)
                                                         )
                        - v - ) **CONSENT TO**
                                                           ) **WITHDRAW AS**
CITY HALL RECORDS, INC., a California corporation ) **COUNSEL**
and ROBIN COHN, )
                                                           )
                        Defendants. )
-------------------------------------------------------------------- X

      **IT IS HEREBY CONSENTED** that Folger Levin & Kahn LLP, withdraw as attorneys of record for Defendants City Hall Records, Inc. and Robin Cohn. Jura C. Zibas and Joanne J. Romero of Lewis Brisbois Bisgaard & Smith LLP, will remain as counsel of record.

      Facsimile signatures shall be deemed originals for purposes of this Consent, and the parties agree that the Consent may be filed with the Court with such facsimile signatures.

                                               Respectfully submitted,

                                               **FOLGER LEVIN & KAHN LLP**

                                               _/s/ Michael Kelleher_
                                               Michael Kelleher

                                               _/s/ Kevin O'Brien_
                                               Kevin O'Brien

Defendants City Hall Records, Inc. and Robin Cohn consent to this withdrawal.

_____
Robin Cohn

CITY HALL RECORDS, INC.

By: _____
Robin Cohn, President

Its: _____President_____

STATE OF CALIFORNIA )
COUNTY OF Marin     )ss.:

On the 07 day of March, 2008, before me personally came Robin Cohn, to me known to be the same person described in and who executed for the foregoing consent and acknowledged to me that (s)he executed the same.

[Notary Seal: ALI NABIPOUR, COMM. #1612607, NOTARY PUBLIC-CALIFORNIA, MARIN COUNTY, My Comm. Expires November 11, 2009]

_____
Notary Public

4831-9695-1298.1