UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPITOL RECORDS, INC., a Delaware corporation,　)
　　　　　　　　　　　　　　　　　　　　　　　)　ECF Case
　　　　　　　　　　　Plaintiff,　　　　　　　　)　07-cv-6488 (LTS) (KNF)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　- v -　　　　　　　　　　　　　　　)　**Local Rule 1.4 AFFIDAVIT**
　　　　　　　　　　　　　　　　　　　　　　　)
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN,　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　　　　　　　)
-----------------------------------------------------------X

STATE OF CALIFORNIA　　　)
　　　　　　　　　　　　　) ss.:
COUNTY OF San Francisco　　)

Michael Kelleher, being duly sworn, deposes and says:

1. I am a partner in the law firm of Folger Levin & Kahn LLP, outgoing counsel for defendants City Hall Records, Inc., and Robin Cohn, and I make this affidavit pursuant to Local Civil Rule 1.4 on behalf of my law firm for permission to withdraw as counsel in this action.

2. The reason my firm seeks to withdraw as counsel is because City Hall Records, Inc., and Robin Cohn have chosen to consolidate the defense of this action with the firm of Lewis Brisbois Bisgaard & Smith, LLP, presently local counsel of record for City Hall Records, Inc. and Robin Cohn, particularly as the matter is being litigated in New York, where Lewis Brisbois & Bisgaard, LLP has offices.

3. Lewis Brisbois Bisgaard & Smith, LLP, will continue to represent defendants City Hall Records, Inc. and Robin Cohn in this action and will continue to be attorneys of record.

4. Upon information and belief, no prejudice or delay will result from my firm's withdrawal as counsel.

4831-9695-1298.1

**WHEREFORE**, it is respectfully requested that the Court grant the withdrawal of Folger Levin & Kahn LLP, as attorney of record, for defendants City Hall Records, Inc. and Robin Cohn.

Dated: New York, New York
March 6, 2008

_____
Michael Kelleher

Sworn to before me this 6th day of March, 2008.

_____
Notary Public

## JURAT

STATE OF CALIFORNIA    )
COUNTY OF SAN FRANCISCO    )

Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2008, by Michael F. Kelleher, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(seal)

Notary Public:



Catherine Rogers

Description of Attached Document

Title or Type of Document:     Local Rule 1.4 Affidavit

Document Date:     Thursday, March 06, 2008     No. of Pages:     2

35004\0868\313890.1