USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,  ) ECF Case
                                                ) 07-cv-6488 (LTS) (KNF)
                          Plaintiff,            )
                                                ) **ORDER**
        - v -                                   )
                                                )
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN,                                 )
                                                )
                          Defendants.           )
-------------------------------------------------------------- X

Upon the motion by Michael Kelleher of Folger Levin & Kahn LLP seeking leave for Folger Levin & Kahn LLP to withdraw as counsel and upon the supporting affidavit and consent to withdraw as counsel;

IT IS HEREBY ORDERED THAT: Folger Levin & Kahn LLP is granted leave to withdraw as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York.

Dated: New York, New York
       March 12, 2008

                                    So Ordered:

                                    _____
                                    Hon. Laura Taylor Swain, U.S.D.J.