UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CAPITOL RECORDS, INC.,                  :

       Plaintiff,                       :

       -against-                        :      ORDER

CITY HALL RECORDS, INC., ET AL.,        :      07 Civ. 6488 (LTS)(KNF)

       Defendants.                      :
------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on March 17, 2008, at 4:00 p.m. The telephonic conference shall be initiated by counsel to the defendant(s) to (212) 805-6705.

Dated: New York, New York
      March 14, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE