UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

CAPITOL RECORDS, INC.,                          :

          Plaintiff,                          :

        -against-                          :

CITY HALL RECORDS, INC., ET AL.,                :

         Defendants.                        :
-----------------------------------------------------X

ORDER

07 Civ. 6488 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


    A telephonic conference was held with counsel to the respective parties on March 17,

2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    the defendants withdraw the third-party complaint, Docket Entry No. 29, they

    filed with the Clerk of the Court in February 2008 and, thereafter, on or before

    March 24, 2008, serve and file a motion seeking leave of the court to file a third-

    party complaint;

2.    on or before April 14, 2008, the plaintiff shall serve and file a response to the

    motion;

3.    on or before April 25, 2008, any reply shall be served and filed by the defendants;

    and

4.    a telephonic status conference will be held with the parties on October 1, 2008, at

10:30 a.m.  Counsel to the plaintiff shall initiate the telephonic conference on that

date.

Dated: New York, New York
     March 18, 2008

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

-2-