LEWIS BRISBOIS BISGAARD & SMITH, LLP
Jura C. Zibas (JZ 8970)
Joanne J. Romero (JR 0275)
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CAPITOL RECORDS, INC., a Delaware corporation,   )
                                                 )   ECF Case
                        Plaintiff,               )   07-cv-6488 (LTS) (KNF)
                                                 )
        - v -                                    )   **NOTICE OF MOTION**
                                                 )
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN,                                  )   ORAL ARGUMENT
                                                 )   REQUESTED
                        Defendants.              )
------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Jura C. Zibas, Esq., dated March 24, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law in Support, Defendants will move this court, before the Honorable Kevin Nathaniel Fox, at the United States District Courthouse, Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1312 upon the return date of this motion, now set for April 25, 2008, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 14(a), granting leave to file the third-party complaint (Zibas Aff. Ex. A) seeking contribution and indemnification against Avid Ltd., Body & Soul, Comet Records, Hasmick Promotions Ltd. and Proper Music Distribution Ltd., Submarine Records, ACE Records Ltd., Acrobat Music Group Ltd., CrossCut Records, Candid Productions Ltd., Jazzology Records,

Fremeaux and Associes, Trojan Records Ltd., CDA Records Inc., Dynaflow Records, Tuff City Records, Sanctuary Records, and UK Deluxe.

Dated: New York, New York
March 24, 2008

/s/
Jura C. Zibas (JZ 8970)
Joanne J. Romero (JR 0275)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
199 Water Street, 25th Floor
New York, New York 10038
Tel.: (212) 232-1300
Fax.: (212) 232-1399

*Attorneys for City Hall Records, Inc. and Robin Cohn*

TO:

Matthew J. Oppenheim
Oppenheim Group
Attorney for Plaintiff
7304 River Falls Drive
Potomac, MD 20854
Tel. (301) 299-4986
Fax (866) 766-1678

*Attorneys for Plaintiff*

4832-6753-8434.1