LEWIS BRISBOIS BISGAARD & SMITH, LLP
Jura C. Zibas (JZ 8970)
Joanne J. Romero (JR 0275)
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation,   )
                                                 )   ECF Case
                         Plaintiff,              )   07-cv-6488 (LTS) (KNF)
                                                 )
         - v -                                   )   **AFFIRMATION**
                                                 )
CITY HALL RECORDS, INC., a California corporation )
and ROBIN COHN,                                  )
                                                 )
                         Defendants.             )
------------------------------------------------------------ X

**JURA C. ZIBAS, ESQ.**, an attorney duly admitted to practice law in the courts of this State and this Federal District, affirms pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the following is true and accurate to the best of my knowledge and belief:

1.  I am Of Counsel to the law firm of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for the Defendants herein. I submit this Affirmation in support of City Hall Records Inc. and Robin Cohn's motion, pursuant to Federal Rule of Civil Procedure 14(a), for leave to file the third-party complaint (Zibas Aff. Ex. A) seeking contribution and indemnification against Avid Ltd., Body & Soul, Comet Records, Hasmick Promotions Ltd. and Proper Music Distribution Ltd., Submarine Records, ACE Records Ltd., Acrobat Music Group Ltd., CrossCut Records, Candid Productions Ltd., Jazzology Records, Fremeaux and Associes, Trojan Records

4832-6753-8434.1

Ltd., CDA Records Inc., Dynaflow Records, Tuff City Records, Sanctuary Records, and UK Deluxe.

2. Annexed to this Affirmation as Exhibit "A" hereto is a true copy of the proposed Third-Party Complaint.

3. Annexed to this Affirmation as Exhibit "B" hereto is a true copy of Plaintiff's Amended Complaint filed herein.

4. Annexed to this Affirmation as Exhibit "C" hereto is a true copy of the January 25, 2008 Pre-Trial Scheduling Order.

Dated: New York, New York
       March 24, 2008

                                  Respectfully submitted,

                                  /s/ Jura C. Zibas
                                Jura C. Zibas (JZ 8970)
                                Joanne J. Romero (JR 0275)
                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                199 Water Street, 25th Floor
                                New York, New York 10038
                                Tel.: (212) 232-1300
                                Fax.: (212) 232-1399

                                *Attorneys for City Hall Records, Inc. and*
                                *Robin Cohn*