File No. 27350-95 Capitol Records, Inc. v. City Hall Records, Inc., United States District Court, Southern District of New York Case No. 07 CV 6488 (LTS) (KNF)

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL (FEDERAL EXPRESS)

STATE OF NEW YORK   )
                                      ) ss:
COUNTY OF NEW YORK )

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 24th day of March, 2008, I served a true copy of the annexed **MEMORANDUM OF LAW IN SUPPORT OF MOTION, NOTICE OF MOTION AND AFFIRMATION IN SUPPORT** upon the following:

> Matthew J. Oppenheim
> Oppenheim Group
> Attorney for Plaintiff
> 7304 River Falls Drive
> Potomac, MD 20854
> Tel. (301) 299-4986
> Fax (866) 766-1678

by depositing same enclosed in a federal express envelope and dropped off at a Federal Express location within the State of New York.

_____
Nancy Rivera

Sworn to before me this
24th day of March, 2008

_____
Notary Public

DANIELLE SHAW
NOTARY PUBLIC, State of New York
No. 01SH6151041
Qualified in Kings County
Commission Expires 8/7/2010