File No. 27350-95 Capitol Records, Inc. v. City Hall Records, Inc., United States District Court, Southern District of New York Case No. 07 CV 6488 (LTS) (KNF)

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK)

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 25th day of April, 2008, I served a true copy of the annexed **DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT** upon the following:

> **Matthew J. Oppenheim**
> **Oppenheim Group**
> **Attorney for Plaintiff**
> **7304 River Falls Drive**
> **Potomac, MD 20854**
> **Tel. (301) 299-4986**
> **Fax (866) 766-1678**

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State.

*Nancy Rivera*
Nancy Rivera

Sworn to before me this
25th day of April, 2008

*Danielle Shaw*
Notary Public

DANIELLE SHAW
NOTARY PUBLIC, State of New York
No. 01SH6151041
Qualified in Kings County
Commission Expires 8/7/2010

4814-2211-5842.1