UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAPITOL RECORDS, INC.,                :

        Plaintiff,                         :

        -against-                         :      ORDER
                                              07 Civ. 6488 (LTS)(KNF)

CITY HALL RECORDS, INC., ET AL.,      :

        Defendants.                        :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 31, 2008, at 1:30 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York        SO ORDERED:
       July 28, 2008

                                              _Kevin Nathaniel Fox_____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/08