# OPPENHEIM GROUP

Matthew J. Oppenheim, Esq.

7304 River Falls Drive, Potomac, MD 20854
301-299-4986 | 866-766-1678 fax
matt@oppenheimgroup.net



August 21, 2008

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 530
New York, NY 10007

**MEMO ENDORSED**

By Fax (212) 805-6712

Re:   *Capitol Records, Inc. v. City Hall Records, Inc. et al.*, 07-cv-6488 (LTS)(KNF)

Dear Judge Fox;

   I am writing on behalf of the Plaintiff, Capitol Records, Inc., in the above referenced case. At the time, Plaintiff filed this case, it was incorporated under Delaware law and owned by EMI Group PLC, a publicly traded company in the United Kingdom. Subsequent to filing this case, Capitol Records, Inc., was acquired by a private entity, Maltby Capital Limited. At the time of the acquisition, Capitol Records, Inc. was converted into a Delaware limited liability corporation, Capitol Records, LLC.

   Plaintiff seeks leave of the Court to file an amended 7.1 Statement and to adjust the caption of the case from Capitol Records, Inc. to Capitol Records, LLC. We have consulted with Defendants regarding this matter and they do not object.

8/21/08
Application granted.
   SO ORDERED:
   Kevin Nathaniel Fox
   KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully Submitted,

/s/

Matthew J. Oppenheim

Cc: Jura Zibas, Esq.

1