LEWIS BRISBOIS BISGAARD & SMITH, LLP
Jura C. Zibas (JZ 8970)
Joanne J. Romero (JR 0275)
199 Water Street, 25th Floor
New York, New York 10038
Tel: (212) 232-1300
Fax: (212) 232-1399

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

CAPITOL RECORDS, INC., a Delaware corporation,   )
      )    ECF Case
              Plaintiff,  )    07-cv-6488 (LTS) (KNF)
      )
       - v -            )
      )    **<u>NOTICE OF MOTION</u>**
CITY HALL RECORDS, INC., a California corporation and  )
ROBIN COHN,           )    ORAL ARGUMENT
      )    <u>REQUESTED</u>
              Defendants.  )

------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jura C. Zibas, Esq., dated August 22, 2008, the exhibits annexed thereto, Declaration of Robin Cohn, dated August 21, 2008, and the accompanying Memorandum of Law in Support, Defendants will move this court, the Honorable Laura Taylor Swain presiding, at the United States District Courthouse, Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1312 upon the return date of this motion, now set for September 9, 2008, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' motion for partial summary judgment re relief/damages limitations.

Defendants have used their best efforts – through correspondence and telephonic communications with Plaintiff's counsel - to resolve the issue regarding the permissible scope of relief/damages sought by Plaintiff. Despite these best efforts, no resolution has been reached with respect to the issue of multi-jurisdictional relief/damages.

Dated: New York, New York
       August 22, 2008

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP
                                    *Attorneys for Defendants*

                                    By: _____
                                         Jura C. Zibas (JZ 8970)
                                         Joanne J. Romero (JR 0275)
                                         199 Water Street, Suite 2500
                                         New York, NY 10038
                                         Telephone: (212) 232-1300
                                         Facsimile: (212) 232-1399
                                         File Number: 27350.95

TO:
        Matthew J. Oppenheim, Esq.
        Oppenheim Group
        *Attorneys for Plaintiff*
        7304 River Falls Drive
        Potomac, MD 20854
        Tel. (301) 299-4986
        Fax (866) 766-1678

4835-3403-9298.1