UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
CAPITOL RECORDS, INC., a Delaware corporation, )
) ECF Case
                            Plaintiff, ) 07-cv-6488 (LTS) (KNF)
)
           - v - )
)
CITY HALL RECORDS, INC., a California corporation and )
ROBIN COHN, )
)
                            Defendants. )
------------------------------------------------------------------ X

## DECLARATION OF ROBIN COHN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: RELIEF/DAMAGE LIMITATIONS

I, Robin Cohn, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Robin Cohn and I am a resident of San Rafael, California. I am the owner and president of City Hall Records, Inc. I make this declaration in support of Defendants' Motion for Partial Summary Judgment Re: Relief/Damage Limitations. I have personal knowledge of the facts set forth in this declaration and if called upon to testify, I could testify competently thereto.

2. City Hall is a California corporation, having a principal place of business in San Rafael, California. City Hall does not have any offices within the state of New York.

3. City Hall is in the business of reselling and distributing titles of independent record labels featuring, among other genres, Jazz, Blues, Rap/Hip Hop and World Beat. City Hall's clients are primarily retailers, wholesalers, mail-order dealers and exporters located outside of New York.

4836-3378-4578.1

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008
New York, New York

_____
Robin Cohn

4836-3378-4578.1