File No. 27350-95 Capitol Records, Inc. v. City Hall Records, Inc., United States District Court, Southern District of New York Case No. 07 CV 6488 (LTS) (KNF)

## AFFIDAVIT OF SERVICE BY ECF AND FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK)

Nancy Rivera, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in the State of New York, County of New York.

That on the 22nd day of August, 2008, I served a true copy of the annexed **NOTICE OF MOTION, STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1 AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: RELIEF/DAMAGES LIMITATIONS** upon the following:

> Matthew J. Oppenheim, Esq.
> **Oppenheim Group**
> **Attorney for Plaintiff**
> 7304 River Falls Drive
> Potomac, MD 20854
> Tel. (301) 299-4986
> Fax (866) 766-1678

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State.

_____
Nancy Rivera

Sworn to before me this
22nd day of August, 2008

_____
Notary Public

MAUREEN STAMPP
NOTARY PUBLIC, State of New York
No. 02ST5014512
Qualified in Queens County
Commission Expires July 15, 20 11