UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CAPITOL RECORDS, LLC., a Delaware limited     :
liability corporation,     :     ECF Case
    :     07-cv-6488
                 Plaintiff,     :
    :
            - v -     :
    :
CITY HALL RECORDS, INC., a California corporation :
and ROBIN COHN, individually,     :
    :
               Defendants.      X
------------------------------------------------------------------

### Amended Rule 7.1 Statement

Pursuant to this Court's August 21, 2008 Order, Plaintiff Capitol Records, LLC hereby

files an Amended Rule 7.1 Statement.  Subsequent to the filing of this suit, Plaintiff Capitol

Records, Inc. (a non-governmental party) was acquired by a private entity, Maltby Capital

Limited, and converted into a limited liability corporation, Capitol Records LLC.  It is no longer

owned by EMI Group, PLC and is no longer publicly traded.

Dated: New York, New York
       August 22, 2008

                               CAPITOL RECORDS, INC.


                               By: /s/_____
                                  Matthew J. Oppenheim (MO1313)
                                  Oppenheim Group
                                  Attorney for Plaintiff

                                  7304 River Falls Drive
                                  Potomac, MD  20854
                                  301-299-4986
                                  866-766-1678 (fax)
                                  matt@oppenheimgroup.net