# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CAPITAL RECORDS, INC.,
                  Plaintiff                      ECF Case No 07-CV-6488

-v-

**AFFIDAVIT OF SERVICE**

CITY HALL RECORDS, INC., and ROBIN COHN

        Defendants and Third Party Plaintiffs

-v-

ACE RECORDS LIMITED, et al,

        Third Party Defendants

    I, **ROBERT HARVEY-JENNER**, of Across The Pond Process Service, 4 Church Lane, Great Gonerby, Grantham, NG31 8JU, England, Process Server, being duly sworn, depose and say as follows:

1. THAT on Wednesday the 13th day of August 2008 before 1700 hours at the premises of Myrus Smith Accountants at Norman House, 8 Burnell Road, Sutton, SM1 4BW, England, the registered office of Proper Music Distribution Limited, I personally served the within Third Party Summons and Complaint, together with the List of Infringing Albums, on Proper Music Distribution Limited, a Third Party Defendant therein named, by personally delivering a true copy of each to Stephen Jones, who acknowledged himself to be authorised to accept service on behalf of Proper Music Distribution Limited.

2. A description of the person actually served is as follows:

SEX: M. SKIN: White. Black: White AGE: 35-40. HEIGHT: 5' 5" – 6' WEIGHT: 11-12st

3. THAT I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which service was made. Service was effected in accordance with a method prescribed by the internal law of England and Wales.

SWORN at Bosworths, 63 Bridge Road, Hampton Court, East Molesey, Surrey KT8 9ER

this 26th day of August 2008

                                            **ROBERT HARVEY-JENNER**

Before me:

    J. L. Osaruc

Solicitor of the Supreme Court of England and Wales

**BOSWORTHS**
**63 BRIDGE ROAD**
**HAMPTON COURT**
**EAST MOLESEY**
**SURREY**
**KT8 9ER**