# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

CAPITAL RECORDS, INC.,
                Plaintiff

ECF Case No 07-CV-6488

-v-

**AFFIDAVIT OF SERVICE**

CITY HALL RECORDS, INC., and ROBIN COHN

        Defendants and Third Party Plaintiffs

-v-

ACE RECORDS LIMITED, et al,

        Third Party Defendants

    I, **ROBERT HARVEY-JENNER**, of Across The Pond Process Service, 4 Church Lane, Great Gonerby, Grantham, NG31 8JU, England, Process Server, being duly sworn, depose and say as follows:

1. THAT on Friday the 15th day of August 2008 before 1700 hours at Monument House, 215 Marsh Road, Pinner, HA5 5NE, England, the registered office of Acrobat Music Group Limited, I personally served the within Third Party Summons and Complaint, together with the List of Infringing Albums, on Acrobat Music Group Limited, a Third Party Defendant therein named, by personally delivering a true copy of each to Kim St John, an employee of Acrobat Music Group Limited and as such authorised to accept service on its behalf.

2. A description of the person actually served is as follows:

SEX: M. SKIN: White. HAIR: Black AGE: 25-30. HEIGHT: 5' 6" – 5'8". WEIGHT: 11-12st

3. THAT I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which service was made. Service was effected in accordance with a method prescribed by the internal law of England and Wales.

SWORN at Bosworths, 63 Bridge Road, Hampton Court East Molesey Surrey KT8 9ER

this 26th day of August 2008

Before me: J. C Onlene

J. Losanne
Solicitor of the Supreme Court of England and Wales

**ROBERT HARVEY-JENNER**
**BOSWORTHS**
**63 BRIDGE ROAD**
**HAMPTON COURT**
**EAST MOLESEY**
**SURREY**
**KT8 9ER**