UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CAPITOLS RECORDS, INC., a Delaware corporation,

                                              Plaintiff(s)      Index No: 07-CV-6488

-against-

CITY HALL RECORDS, INC., a California corporation and ROBIN COHN,

                              Defendant and Third Party Plaintiff(s)

-against-

ACE RECORDS LTD., AVID LTD, BODY & SOUL, COMET RECORDS, HASMICK PROMOTIONS LTD., PROPER MUSIC DISTRIBUTION LTD., SUBMARINE RECORDS & TAPES, ACROBAT MUSIC GROUP LTD., CROSSCUT RECORDS, CANDID PRODUCTIONS LTD, FREMEAUX AND ASSOCIES, CDA-COMPACT DISTRIBUTION AB, DYNAFLOW PRODUCTIONS, TUFF CITY MUSIC GROUP, SANCTUARY HOUSE, DELUXE MEDIA SERVICES LTD and ASV LIMITED,

                                                       Third Party Defendant(s)

------------------------------------------------------------X

STATE OF NEW YORK: COUNTY OF NEW YORK: ss:

**AFFIDAVIT OF SERVICE**

RYAN Reese is being duly sworn deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Kings County, New York.

That on 8-7-08 deponent served the THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD PARTY COMPLAINT on the parties listed below by service of an individual of suitable age and discretion authorized to except service

To: ASV Limited
c/o Koch Entertainment LP,
22 Harbor Park Drive
Port Washington, NY 11050

Sex: Female
Height: 5'4
Weight: 135
Hair: Black
Skin: Black
Age: 40
Time: 9:42 AM
Name: Maureen Brown

At the time of service deponent asked whether the deponent is in active military service for the United States or any State in any capacity whatsoever or dependant upon such person and received a negative reply.

Sworn to before me this
12th DAY OF August 2008

NOTARY PUBLIC

GURION MIGIROV
Notary Public - State of New York
01MI6176314
Qualified in Kings County
My Commission Expires 10/29/11