UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CAPITOL RECORDS, LLC,

           Plaintiff,

   -against-

CITY HALL RECORDS, INC. and ROBIN COHN,

           Defendants.

------------------------------------------------------------------ x

07 Civ. 6488 (LTS)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the law firm of Cowan, Liebowitz & Latman, P.C. hereby notices its appearance as counsel on behalf of Plaintiff Capitol Records, LLC in the above-referenced action.

Dated: New York, New York
       August 29, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
      Richard S. Mandel (RM 4884)

1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

Attorneys for Plaintiff

23678/000/841805.1