UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAPITOL RECORDS, LLC., a Delaware corporation, )
)   ECF Case
                       Plaintiff, )   07-cv-6488 (LTS) (KNF)
)
         - v - )
)
CITY HALL RECORDS, INC., a California corporation and )
ROBIN COHN, )
)
                       Defendants. )
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
SEP 0 2 2008

## PROPOSED BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY CITY HALL RECORDS, INC. AND ROBIN COHN

Defendants filed a Motion for Partial Summary Judgment which was originally noticed to be heard on September 9, 2008;

In order to facilitate an orderly process for responding to the motion, defendants, by and through their counsel, Jura Zibas and Joanne Romero, of Lewis Brisbois Bisgaard & Smith LLP, and plaintiff, Capitol Records, LLC. ("Capitol" or "Plaintiff"), by its attorney, Matthew J. Oppenheim, Esq., The Oppenheim Group, hereby respectfully propose the following briefing schedule and oral hearing date:

1) Capitol's opposition to the Motion for Partial Summary Judgment shall be filed by September 18, 2008;

2) Defendants' reply to Plaintiff's opposition papers shall be filed by October 2, 2008;

3) ~~The Court shall have an oral hearing on the motion before the Honorable Judge Laura Taylor Swain, United States District Judge, on October 10, 2008, at 4:00 p.m., or as soon thereafter as counsel may be heard.~~ The motion will be taken on submission unless the court notifies the parties that oral argument will be heard.

4838-8112-0258.1

Dated: New York, New York
August 28, 2008

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Defendants*

By: _____
Jura C. Zibas (JZ 8970)
Joanne J. Romero (JR 0275)
199 Water Street, Suite 2500
New York, NY 10038
Telephone: (212) 232-1300
Facsimile: (212) 232-1399
File Number: 27350.95


OPPENHEIM GROUP
*Attorneys for Plaintiff*

By: _____
Matthew J. Oppenheim, Esq.
7304 River Falls Drive
Potomac, MD 20854
Tel. (301) 299-4986
Fax (866) 766-1678

ok per communication w/ Mr. Oppenheim

The above briefing schedule ~~and time for oral argument are~~ is hereby approved.

IT IS SO ORDERED.

Dated: 2 Sept 2008

_____
Hon. Laura Taylor Swain
UNITED STATES DISTRICT JUDGE

4838-8112-0258.1