# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 3 2008

JOANNE J. ROMERO
DIRECT DIAL: 212.232.1331
E-MAIL: romero@lbbslaw.com

August 29, 2008

FILE NO.
27350-95

**VIA FACSIMILE: (212) 805-0426**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Southern District Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: *Capitol Records, LLC v. City Hall Records, Inc. and Robin Cohn v. Ace Records Ltd., Avid Ltd., Proper Music Distribution Ltd., et al.*,
Civil Action No. 07-CV-6488 (LTS)(KNF)

Dear Judge Swain:

    This firm represents City Hall Records, Inc. and Robin Cohn (collectively, the "Defendants") in the above referenced action. Pursuant to Your Honor's Individual Practices, we write to respectfully advise the Court that Third Party Defendant, Proper Music Distribution Ltd. ("Proper") has requested an extension of the time to file an answer or otherwise respond to the complaint to September 22, 2008 so that the parties may focus their energies on continued settlement efforts. Defendants have consented to Proper's request for an extension.

    As currently scheduled, Proper must answer or otherwise respond to the third party complaint on or by September 2, 2008. This is the first request to Your Honor for such an extension of the time for Proper to answer or otherwise respond to the third party complaint.

    Accordingly, Defendants and Proper respectfully and jointly request that Your Honor so-order the extension of the time to file an answer or otherwise respond to the complaint to September 22, 2008.

    Thank you in advance for your consideration of this request.

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

LEWIS BRISBOIS BISGAARD & SMITH LLP

Hon. Laura Taylor Swain
August 29, 2008
Page 2

                                       Respectfully submitted,

                                         Joanne J. Romero for
                                         LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:     Matthew Jan Oppenheim (via facsimile and First Class Mail)
          Oppenheim Group
          7304 River Falls Drive
          Potomac, MD 20854
          *Attorneys for Plaintiff*

          Steve Kersley
          Proper Music Distribution, Ltd. (via facsimile)

*The request is granted.*

SO ORDERED.
NEW YORK, NY
9/2, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE