AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Capitol Records, Inc.,
    Plaintiff,
- against -
City Hall Records, Inc, et al.
    Defendant.

**APPEARANCE**

Case Number: 07-cv-4688 (LTS) (KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third-party defendant Acrobat Music Group Ltd.

I certify that I am admitted to practice in this court.

9/11/2008
Date

Signature

Bruce Levinson     BL-0749
Print Name     Bar Number

747 Third Avenue, Fourth Floor
Address

New York     NY     10017-2803
City     State     Zip Code

(212) 750-9898     (212) 750-2536
Phone Number     Fax Number